UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT MCCARTHY,<br><br>    Plaintiff,<br><br>    v.<br><br>ESA ACQUISITION PROPERTIES L.L.C.,<br><br>    Defendant. | Case No.  15-cv-05026-JST<br><br>**ORDER TO SHOW CAUSE; ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

The Court's initial scheduling order directed the parties to file an ADR Certification signed by parties and counsel, and to file either a Stipulation to ADR Process or a Notice of Need for ADR Phone Conference, by January 13, 2016. ECF No. 4 at 2. These deadlines were unchanged by the reassignment of this case from Magistrate Judge Kim to the undersigned. ECF No. 8 at 1 ("Briefing schedules, ADR compliance deadlines, and other case deadlines remain unchanged.").

As of today's date, no party has filed an ADR Certification, Stipulation to ADR Process, or Notice of Need for ADR Phone Conference.

On November 12, 2015, the Court issued an order setting a Case Management Conference on February 10, 2016 at 2:00 p.m. ECF No. 9. The same order directed that a Joint Case Management Statement be filed by January 27, 2016. Id.  None was filed.

Accordingly, and good cause appearing, the parties and each of them are ORDERED TO SHOW CAUSE why monetary sanctions should not be imposed for violation of the Court's orders. A hearing on this Order to Show Cause will take place February 17, 2016 at 2:00 p.m. A written response to the Order is due by February 3, 2016. In determining what action is appropriate regarding the Order to Show Cause, the Court will consider whether the parties filed a Joint Case Management Statement and took the steps required by the Court's ADR Scheduling

1  Order following the issuance of the present order.

2  The Case Management Conference currently scheduled for February 10, 2016 is
3  CONTINUED to February 17, 2016 at 2:00 p.m.

4  IT IS SO ORDERED.

5  Dated: January 28, 2016

```
                                              _____
                                                    JON S. TIGAR
                                                United States District Judge
```

2