UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| ROBERT MCCARTHY,<br><br>Plaintiff,<br><br>v.<br><br>ESA ACQUISITION PROPERTIES L.L.C.,<br><br>Defendant. | Case No. 15-cv-05026-JST<br><br>**ORDER TO FILE STIPULATION OF DISMISSAL** |
|---|---|

The parties filed a Notice of Settlement on February 2, 2016. ECF No. 11. Accordingly, all deadlines and hearings in this case are VACATED. By March 18, 2016, the parties shall file either a stipulation of dismissal or a one-page joint statement explaining why they were unable to file such a stipulation.

The Court also hereby SETS a case management conference on April 13, 2016 at 2:00 pm, which will be automatically vacated if the stipulation of dismissal is timely filed.

Any continuance of the deadline set in this Order requires a showing of good cause. Failure to comply with that deadline may result in sanctions.

The Order to Show Cause issued January 28, 2016 is VACATED.

**IT IS SO ORDERED**.

Dated: February 3, 2016

_____
JON S. TIGAR
United States District Judge